UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| IN RE: | ) | |
|---|---|---|
| | ) | Case Number: 14-03089-TOM |
| Clenise Iris Armstrong | ) | |
| | ) | Chapter: 13 |
| Debtor | ) | |

## OBJECTION TO CLAIM

COMES NOW the Debtor, in the above styled case, by and through her attorney of record, and objects to the following claim:

| Claim No. | Claimant | Amount | Specific Basis for Objection |
|---|---|---|---|
| 9 | Crescent Bank & Trust | $8,482.15 | Debtor surrendered the 2003 Ford Crown Victoria to Crescent Bank & Trust in 2013. |

WHEREFORE, PREMISES CONSIDERED, your Debtor requests this Honorable Court allow claim number 9 filed by Crescent Bank & Trust as a general unsecured debt.

Respectfully submitted,

/s/ *J. Suzanne Shinn*
J. Suzanne Shinn, Attorney for Debtor
Bond, Botes, Reese & Shinn, P.C.
600 University Park Place, Suite 510
Birmingham, Alabama 35209
(205) 802-2200

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing pleading upon the creditor listed below and on D. Sims Crawford, Chapter 13 Trustee, by depositing a copy of the same in the United States mail properly addressed and first class postage prepaid on this the 8th day of January, 2015.

Crescent Bank & Trust
PO Box 1407
Chesapeake, VA 23327

/s/ *J. Suzanne Shinn*
J. Suzanne Shinn